# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-7113                                                       September Term, 2006

06cv00261



Victoria L. Schu,
   Appellant

v.

Child & Family Services, et al.,
   Appellees

**BEFORE:**   Ginsburg, Chief Judge, and Rogers and Griffith, Circuit Judges

## ORDER

Upon consideration of the Clerk's order to show cause filed July 14, 2006, and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that the appeal be dismissed. By order entered on the civil docket on February 15, 2006, the district court dismissed appellant's case without prejudice for lack of subject matter jurisdiction. Appellant filed a notice of appeal on June 28, 2006. On July 14, 2006, this court ordered appellant to show cause why the appeal should not be dismissed as untimely, to which appellant has responded. Because the notice of appeal was filed more than 30 days after entry of the order in the civil docket, the appeal is untimely. See Fed. R. App. P. 4(a)(1)(A).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk